**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)*

Chapter you are filing under:

☐ Chapter 7
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

06/24

**The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br>Bring your picture identification to your meeting with the trustee. | **Nathan**<br>First name<br>**Edward**<br>Middle name<br>**Bean**<br>Last name and Suffix (Sr., Jr., II, III) | **Kristen**<br>First name<br>**Brooke**<br>Middle name<br>**Bean**<br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number** (ITIN) | **xxx-xx-7012** | **xxx-xx-7224** |

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | EIN | EIN |
| **5. Where you live** | **1869 Cline Farm Road**<br>**Lincolnton, NC 28092**<br>Number, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br>Number, Street, City, State & ZIP Code |
| | **Lincoln**<br>County | County |
| | **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

Debtor 1 **Nathan Edward Bean**
Debtor 2 **Kristen Brooke Bean**
Case number *(if known)*

**Part 2: Tell the Court About Your Bankruptcy Case**

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box.

- ☐ Chapter 7
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☐ No
- ■ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Bean Brothers Hardware & Supply, LLC** | | | Relationship to you | **Affiliate** |
| District | **WDNC** | When | **9/05/25** | Case number, if known | **25-40202** |
| Debtor | **See Attachment** | | | Relationship to you | |
| District | | When | | Case number, if known | |

**11. Do you rent your residence?**

- ■ No. Go to line 12.
- ☐ Yes. Has your landlord obtained an eviction judgment against you?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1 **Nathan Edward Bean**
Debtor 2 **Kristen Brooke Bean**
Case number *(if known)*

**Part 3: Report About Any Businesses You Own as a Sole Proprietor**

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

- ■ No. Go to Part 4.
- ☐ Yes. Name and location of business

Name of business, if any

Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor?***

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

- ☐ No. I am not filing under Chapter 11.
- ☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.
- ☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.
- ■ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

**Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

- ■ No.
- ☐ Yes.

What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

Number, Street, City, State & Zip Code

Debtor 1 **Nathan Edward Bean**
Debtor 2 **Kristen Brooke Bean**
Case number *(if known)*

**Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling**

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of**:

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Certificate Number: 639250122318414359

# CERTIFICATE OF COUNSELING

I CERTIFY that on Sep 14, 2026, at 07:45 o'clock PM EDT, Nathan Bean received from 001 Debtorcc, Inc., an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Western District of North Carolina, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: Sep 14, 2026

By: /s/ Calvin Yim

Name: Calvin Yim

Title: Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. 109(h) and 521(b).

Certificate Number: 639250122322971717

# CERTIFICATE OF COUNSELING

I CERTIFY that on Sep 14, 2026, at 07:45 o'clock PM EDT, Kristn Bean received from 001 Debtorcc, Inc., an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Western District of North Carolina, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: Sep 14, 2026

By: /s/ Calvin Yim

Name: Calvin Yim

Title: Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. 109(h) and 521(b).

Debtor 1 **Nathan Edward Bean**
Debtor 2 **Kristen Brooke Bean**
Case number *(if known)*

**Part 6: Answer These Questions for Reporting Purposes**

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

- ■ No. Go to line 16b.
- ☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

- ☐ No. Go to line 16c.
- ■ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

**17. Are you filing under Chapter 7?**

■ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

- ☐ No
- ☐ Yes

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**Part 7: Sign Below**

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **/s/ Nathan Edward Bean** | **/s/ Kristen Brooke Bean** |
| **Nathan Edward Bean**<br>Signature of Debtor 1 | **Kristen Brooke Bean**<br>Signature of Debtor 2 |
| Executed on **September 21, 2026**<br>MM / DD / YYYY | Executed on **September 21, 2026**<br>MM / DD / YYYY |

Debtor 1 **Nathan Edward Bean**
Debtor 2 **Kristen Brooke Bean**

Case number *(if known)*

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Michael L. Martinez**
Signature of Attorney for Debtor

Date **September 21, 2026**
MM / DD / YYYY

**Michael L. Martinez**
Printed name

**Grier Wright Martinez, PA**
Firm name

**521 E. Morehead St., Suite 440**
**Charlotte, NC 28202**
Number, Street, City, State & ZIP Code

Contact phone **704 332-0209** Email address **mmartinez@grierlaw.com**

**39885 NC**
Bar number & State

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Nathan Edward Bean** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | **Kristen Brooke Bean** | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an amended filing

## FORM 101. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Bean Brothers Hardware & Supply, LLC** | | | Relationship to you | **Affiliate** |
| District | **WDNC** | When | **9/05/25** | Case number, if known | **25-40202** |
| Debtor | **Bean Brothers Landscaping, LLC** | | | Relationship to you | **Affiliate** |
| District | **WDNC** | When | **9/05/25** | Case number, if known | **25-40201** |
| Debtor | **Bean Brothers Real Estate, LLC** | | | Relationship to you | **Affiliate** |
| District | **WDNC** | When | **9/05/25** | Case number, if known | **25-40203** |

**Fill in this information to identify your case:**

Debtor 1 **Nathan Edward Bean**
First Name Middle Name Last Name

Debtor 2 **Kristen Brooke Bean**
(Spouse if, filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: WESTERN DISTRICT OF NORTH CAROLINA

Case number
(if known)

☐ Check if this is an amended filing

# B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

**If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.**

**Part 1: List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.**

**Unsecured claim**

**1**

**Rocket Capital NY LLC**
**313 Buckingham Rd.**
**Cedarhurst, NY 11516**

Contact

Contact phone

**What is the nature of the claim?** **Judgment** **$200,893.01**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

**2**

**BioGuard**
**15922 Eldorado Parkway., Ste. 500-848**
**Frisco, TX 75035**

**What is the nature of the claim?** **Guarantee of debt incurred by Bean Brothers Hardware & Supply, LLC** **$135,000.00**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

Debtor 1 **Nathan Edward Bean**
Debtor 2 **Kristen Brooke Bean**
Case number *(if known)*

Contact
Contact phone

■ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

---

**3**

**South Fork Realty**
**100 W. Pine Street**
**Maiden, NC 28650**

Contact
Contact phone

**What is the nature of the claim?** **Guarantee of loan to Bean Brothers Real Estate, LLC** **$131,238.98**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

---

**4**

**First Citizens**
**P.O. Box 27131**
**Raleigh, NC 27611**

Contact
Contact phone

**What is the nature of the claim?** **Guarantee of loan to Bean Brothers Landscaping, LLC - 2024 Ram 5500 Chassis service truck** **$129,022.08**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

---

**5**

**Wells Fargo**
**420 Montgomery St.**
**San Francisco, CA 94104**

**What is the nature of the claim?** **Guarantee of loan to Bean Brothers Landscaping, LLC - e60 Bobcat Mini X w/ attachment** **$122,229.13**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

Debtor 1 **Nathan Edward Bean**
Debtor 2 **Kristen Brooke Bean**

Case number *(if known)*

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

Contact
Contact phone

---

**6**

**Do It Best**
**1626 Broadway, Ste. 100**
**Fort Wayne, IN 46802**

**What is the nature of the claim?** **Guarantee of debt incurred by Bean Brothers Hardware & Supply, LLC** **$112,596.09**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

Contact
Contact phone

---

**7**

**On Deck Capital**
**4700 W. Daybreak Pkwy., Ste. 200**
**South Jordan, UT 84009**

**What is the nature of the claim?** **Guarantee of MCA loan to Bean Brothers Landscaping, LLC** **$110,999.18**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

Contact
Contact phone

---

**8**

**Do It Best**
**1626 Broadway, Ste. 100**
**Fort Wayne, IN 46802**

**What is the nature of the claim?** **Guarantee of debt incurred by Bean Brothers Hardware & Supply, LLC** **$100,626.21**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

Debtor 1 **Nathan Edward Bean**
Debtor 2 **Kristen Brooke Bean**
Case number *(if known)*

Contact
Contact phone

■ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

---

**9**

**Jerry Barnes**
**2217 Startown Rd.**
**Lincolnton, NC 28092**

Contact
Contact phone

**What is the nature of the claim?** **$90,000.00**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

---

**10**

**Wells Fargo**
**5595 Trillium Blvd. 4th Floor**
**Hoffman Estates, IL 60192**

Contact
Contact phone

**What is the nature of the claim?** **Guarantee of debt incurred by Bean Brothers Hardware & Supply, LLC** **$88,213.00**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

---

**11**

**Howards**
**1500 Continental Blvd., Ste. C**
**Charlotte, NC 28273**

Contact

**What is the nature of the claim?** **Guarantee of debt incurred by Bean Brothers Hardware & Supply, LLC** **$83,008.74**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)

Debtor 1 **Nathan Edward Bean**
Debtor 2 **Kristen Brooke Bean** Case number *(if known)*

Value of security: -
Contact phone
Unsecured claim

---

**12**

**1DC Funding**
**633 NE 167th St.**
**Miami, FL 33162**

**What is the nature of the claim?** **Guarantee of MCA loan to Bean Brothers Landscaping, LLC** **$82,500.00**

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

Contact
Contact phone

---

**13**

**PNC Bank**
**P.O. Box 747066**
**Pittsburgh, PA 15274**

**What is the nature of the claim?** **Guarantee of loan to Bean Brothers Landscaping, LLC - e35 Bobcat Mini X w/ attachment (VIN -9463) and L28 Bobcat Tractor (VIN -3457)** **$77,375.49**

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

Contact
Contact phone

---

**14**

**First Citizens**
**P.O. Box 27131**
**Raleigh, NC 27611**

**What is the nature of the claim?** **Guarantee of loan to Bean Brothers Landscaping, LLC - 2024 Ram 3500 Laramie 4x4 Diesel pickup and 2022 Ram 4500 utility 4x4 Diesel** **$73,367.00**

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- None of the above apply

Debtor 1 **Nathan Edward Bean**
Debtor 2 **Kristen Brooke Bean**
Case number *(if known)*

☐

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

Contact
Contact phone

---

**15**

**Mantis Funding**
**2700 N. Military Trl., #450**
**Boca Raton, FL 33431**

**What is the nature of the claim?** **Guarantee of loan to Bean Brothers Hardware & Supply, LLC** **$72,500.00**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

Contact
Contact phone

---

**16**

**PNC Bank**
**P.O. Box 747066**
**Pittsburgh, PA 15274**

**What is the nature of the claim?** **Guarantee of loan to Bean Brothers Landscaping, LLC - MT100 Mini Skid w/attachment** **$70,650.57**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

Contact
Contact phone

---

**17**

**Truist**
**214 N. Tryon St., Ste. 3**
**Charlotte, NC 28202**

**What is the nature of the claim?** **Guarantee of loan to Bean Brothers Landscaping, LLC - T76 Bobcat Skid Steer w/ attachment** **$70,395.47**

**As of the date you file, the claim is:** Check all that apply
■ Contingent

Debtor 1 **Nathan Edward Bean**
Debtor 2 **Kristen Brooke Bean**
Case number *(if known)*

■ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

Contact

Contact phone

---

**18**

**Wells Fargo**
**421 Montgomery St.**
**San Francisco, CA 94104**

**What is the nature of the claim?** **Guarantee of loan to Bean Brothers Landscaping, LLC - T595 Bobcat Skid Steer w/ attachment and e20 Bobcat Mini X #2** **$68,646.00**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

Contact

Contact phone

---

**19**

**Finvest LLC**
**c/o Ershowsky Verstandig, PLLC**
**290 Central Ave, Ste. 109**
**Lawrence, NY 11559**

**What is the nature of the claim?** **Judgment** **$67,447.37**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

Contact

Contact phone

---

**20**

**Ally**
**P.O. Box 380901**

**What is the nature of the claim?** **Guarantee of loan to Bean Brothers Hardware & Supply, LLC - 2019 Ram 5500 dump truck** **$59,421.22**

Debtor 1 **Nathan Edward Bean**
Debtor 2 **Kristen Brooke Bean**
Case number *(if known)*

**Minneapolis 55438**

Contact

Contact phone

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

**Part 2: Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X **/s/ Nathan Edward Bean**
**Nathan Edward Bean**
Signature of Debtor 1

Date **September 21, 2026**

X **/s/ Kristen Brooke Bean**
**Kristen Brooke Bean**
Signature of Debtor 2

Date **September 21, 2026**

# **Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy** (Form 2010)

This notice is for you if:

You are an individual filing for bankruptcy, and

Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

## Chapter 7: Liquidation

| | | |
|---|---|---|
| | $245 | filing fee |
| | $78 | administrative fee |
| + | $15 | trustee surcharge |
| | $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

**Chapter 11: Reorganization**

| | | |
|---|---|---|
| | $1,167 | filing fee |
| + | $571 | administrative fee |
| | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

**Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.**

**Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.**

**You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.**

**Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Chapter 12: Repayment plan for family farmers or fishermen

| | | |
|---|---|---|
| | $200 | filing fee |
| + | $78 | administrative fee |
| | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

## Chapter 13: Repayment plan for individuals with regular income

| | | |
|---|---|---|
| | $235 | filing fee |
| + | $78 | administrative fee |
| | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts.

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

## Bankruptcy crimes have serious consequences

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days ***before*** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from:
http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to:
http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## Western District of North Carolina

In re **Nathan Edward Bean**
**Kristen Brooke Bean**
Debtor(s)

Case No.
Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **Normal Hourly Rates** |
| Prior to the filing of this statement I have received | $ | **20,000.00** |
| Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

■ Debtor ☐ Other (specify):

3. The source of compensation to be paid to me is:

■ Debtor ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. [List other services that counsel has agreed to provide]
**Debtors paid retainer of $20,000.00. $13,110.50 was applied to pre-petition work. $1,738.00 was used for filing fee. $5,151.50 remains on account for post-petition work. Debtor has agreed to pay post-petition fees and expenses as approved by the Bankruptcy Court.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**Continued representation of the Debtor in the event the case is converted from Chapter 11 to another Chapter of the Bankruptcy Code.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**September 21, 2026**
*Date*

**/s/ Michael L. Martinez**
**Michael L. Martinez**
*Signature of Attorney*
**Grier Wright Martinez, PA**
**521 E. Morehead St., Suite 440**
**Charlotte, NC 28202**
**704 332-0209 Fax: 704 332-0215**
**mmartinez@grierlaw.com**
*Name of law firm*

# United States Bankruptcy Court
## Western District of North Carolina

In re **Nathan Edward Bean**
**Kristen Brooke Bean**

Debtor(s)

Case No.

Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: **September 21, 2026**

**/s/ Nathan Edward Bean**
**Nathan Edward Bean**
Signature of Debtor

Date: **September 21, 2026**

**/s/ Kristen Brooke Bean**
**Kristen Brooke Bean**
Signature of Debtor

1DC Funding
633 NE 167th St.
Miami, FL 33162

Advance Auto Parts
4200 Six Forks Rd.
Raleigh, NC 27609

AIS Portfolio Services, LLC
Attn: Ally Bank Department
Account: XXXXXXXX4987
4515 N Santa Fe Ave., Dept. APS
Oklahoma City, OK 73118

Alan C. Hochheiser
Maurice Wutscher LLP
23611 Chagrin Blvd.
Beachwood, OH 44122

Allegiance Staffing
5726 Root Rd.
Spring, TX 77389

Ally
P.O. Box 380901
Bloomington, MN 55438

Ally
P.O. Box 380901
Minneapolis 55438

American Auto Parts / NAPA
2500 Peachtree St NW
Atlanta, GA 30305

Amur
304 West 3rd St.
P.O. Box 2555
Grand Island, NE 68801

Arrowhead Engineered Products, Inc.
3705 95th Ave. N.E.
Circle Pines, MN 55014

Atrium Health Urgent Care
1802 Main St.
Lincolnton, NC 28092

Bartlett Milling
4900 Main Street, Ste. 1200
Kansas City, MO 64112

Bean Brothers Hardware & Supply, LLC
1869 Cline Farm Rd.
Lincolnton, NC 28092

Bean Brothers Landscaping, LLC
1869 Cline Farm Rd
Lincolnton, NC 28092

Bean Brothers Landscaping, LLC
1869 Cline Farm Rd.
Lincolnton, NC 28092

Bean Brothers Real Estate, LLC
1869 Cline Farm Rd.
Lincolnton, NC 28092

BioGuard
15922 Eldorado Parkway., Ste. 500-848
Frisco, TX 75035

Blanton Farms
1580 Andy Logan Rd.
Lincolnton, NC 28092

Blossman Gas
PO Box 1110
Ocean Springs, MS 39566

Blue Bridge Financial
c/o Jill C. Walters
BAKER DONELSON
2235 Gateway Access Point, Ste. 220
Raleigh, NC 27607

Bonnie Plants
2801 Interstate Dr.
Opelika, AL 36801

Boris Yankovich
1 World Trade Center, Ste. 8500
New York, NY 10007

Breeze Capital
478 Albany Ave., Ste. 17
Brooklyn, NY 11203

Briggs & Stratton / Power Distributors
12301 West Wirth St.
Milwaukee, WI 53222

Builders Supply
501 S. French St.
Lancaster, SC 29720

Capital One Auto Finance
P.O. Box 60511
City of Industry, CA 91716

Carolina Farm Credit
2919 Breezewood Ave.
Fayetteville, NC 28303

Centra Funding
1400 Preston Rd., Ste. 115
Plano, TX 75093

Chandler Concrete
1006 S. Church St.
Burlington, NC 27215

Charles J. Bridgmon
James deNobriga Long, PLLC
831 E. Morehead St., Ste. 940
Charlotte, NC 28202

Cintas
P.O. Box 630803
Cincinnati, OH 45263

Citizens
PO Box 9010
South Windsor, CT 06074

Clines Nursery
1901 Fallston Road
Shelby, NC 28150

Coca Cola
1 Coca Cola Plz NW
Atlanta, GA 30313

CPC Carolina Distributing
PO Box 680013
Charlotte, NC 28204

CPC Carolina Distributing
680 Edgefield Rd.
Cowpens, SC 29330

Crossroads
9385 Haven Ave.
Rancho Cucamonga, CA 91730

Cucumber Capital, LLC
c/o Neubert Pepe & Monteith, PC
72 Ruane St., 1st Floor
Fairfield, CT 06824

Cynthia Hager
1571 Stonecroft Dr.
Lincolnton, NC 28092

Daniel C. Bruton
BELL, DAVIS & PITT, P.A.
PO Box 21029
Winston Salem, NC 27120

Danny Craig Jr.
4090 Murfield Dr.
Lincolnton, NC 28092

Discover Card
PO Box 30943
Salt Lake City, UT 84130-0943

Do It Best
1626 Broadway, Ste. 100
Fort Wayne, IN 46802

Earth Farms / Wind River
577 Main St., Ste. 110
Hudson, MA 01749

East Coast Tire
251 9th St. Ln. SE
Hickory, NC 28602

Edgar Sanchez
4277 Pointe Norman Dr.
Sherrills Ford, NC 28673

Eudora F. S. Arthur
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601

Evergreen Enterprises
5915 Midlothian Turnpike
Richmond, VA 23225

Ferrel Gas
1 Liberty Plaza
Liberty, MO 64068

Fidelity Bank
100 South Main Street
Fuquay Varina, NC 27526

Finvest LLC
c/o Ershowsky Verstandig, PLLC
290 Central Ave, Ste. 109
Lawrence, NY 11559

First Citizens
P.O. Box 27131
Raleigh, NC 27611

Gardner, Inc.
3651 Interchange Rd.
Columbus, OH 43204

Garick
8400 Sweet Valley Dr., Ste. 408
Cleveland, OH 44125

Gerald H. Groon, Jr.
Smith Debnam
PO Box 176010
Raleigh, NC 27619

Giuliano Law, PC
445 Broadhollow Road., Ste. 25
Melville, NY 11747

Great Lakes Petroleum
P.O. Box 936940
Atlanta, GA 31193

Green Resources
5204 Highgreen Ct.
Colfax, NC 27235

Harrels Fertilizer
13321 Carowinds Blvd., #A
Charlotte, NC 28273

Home Depot
2455 Paces Ferry Rd., SE
Atlanta, GA 30339

Hometown Capital
P.O. Box 10275
Jackson, TN 38308

Howards
1500 Continental Blvd., Ste. C
Charlotte, NC 28273

Huntington
41 South High St.
Columbus, OH 43287

Internal Revenue Service
Attn Centralized Insolvency Operation
2970 Market St
Mail Stop 5-Q30.133
Philadelphia, PA 19104-5016

J Barr Holding
2117 Startown Rd
Lincolnton, NC 28092

J&J Pine Needles
138 Fairhill Rd
Heath Springs, SC 29058

J. Gray Brotherton
Knox Brotherton Know & Godfrey
7476 Waterside Loop Road, Ste. 400
Denver, NC 28037

James K. Haney
WONG FLEMING, PC
400 Alexander Park Dr., Ste. 201
Princeton, NJ 08540

James M. Hash
GASKINS HANCOCK TUTTLE HASH LLP
PO Box 911
Raleigh, NC 27602

Jeff Hall
The LaSource Group
9375 E Shea Blvd, Ste 242B
Scottsdale, AZ 85260

Jeffrey A. Bunda
Hutchens Law Firm LLP
6230 Fairview Road, Ste. 315
Charlotte, NC 28210

Jeffrey Zachter
ZACHTER PLLC
2 University Plaza, Ste. 205
Hackensack, NJ 07601

Jerry Barnes
2217 Startown Rd.
Lincolnton, NC 28092

Jimmy R. Summerlin, Jr
Young, Morphis, Bach & Taylor, L.L.P.
P.O. Drawer 2428
Hickory, NC 28603

John C. Bircher
DAVID HARTMAN WRIGHT PLLC
209 Pollock Street
New Bern, NC 28560

John Woodman
Essex Richards, P.A.
1701 South Blvd.
Charlotte, NC 28203

Kawisaki
PO Box 25252
Santa Ana, CA 92799

Kim Wade
702 Craig St.
Cherryville, NC 28021

Kristen Bean
1869 Cline Farm Rd.
Lincolnton, NC 28092

KTC Broadcasting
P.O. Box 415
Cherryville, NC 28021

Lake Forest Church
2204 Saint James Church Road
Denver, NC 28037

Lincoln County Tax Collector
PO Box 938
Lincolnton, NC 28093

Lockin'
24 Interchange Dr.
West Lebanon, NH 03784

Lowes
1000 Lowes Blvd.
Mooresville, NC 28117

Mantis
64 Beaver St., #344
New York, NY 10004

Mantis Funding
2700 N. Military Trl., #450
Boca Raton, FL 33431

Mark Davis
P.O. Box 934
Denver, NC 28037

Mark Miller
2085 South Park Ranch Rd.
Jackson, WY 83001

Mark Wilson
1366 John Cline Rd.
Lincolnton, NC 28092

Markham Landscape Supplies
P.O. Box 481029
Charlotte, NC 28269

Michael Thyen
4288 Harbor Lane
Sherrills Ford, NC 28673

Mid State Tire Distributors
721 Vine
Columbia, SC 29201

Milwaukee
13135 W. Lisbon Rd.
Brookfield, WI 53005

MSI
550 York Rd.
Blacksburg, SC 29702

Navitas Credit
203 Fort Wade Road, Ste. 300
Ponte Vedra, FL 32081

NC Farm Bureau Mutual Insurance Company
P.O. Box 27427
Raleigh, NC 27611-7427

New Testament Landscaping
c/o J. Gray Brotherton
Knox Law Center
905 E. 7th St.
Charlotte, NC 28204

Nexi Finance
20803 Biscayne Blvd., Ste. 300
Aventura, FL 33180

North Carolina Department of Revenue
Bankruptcy Unit
PO Box 1168
Raleigh, NC 27604

O'Reilly Auto Parts
233 S Patterson Ave
Springfield, MO 65802

On Deck Capital
4700 W. Daybreak Pkwy., Ste. 200
South Jordan, UT 84009

Pam Crayne
4855 Shadey Meadows Lane
Denver, NC 28037

Pamela P. Keenan
PO Box 19766
Raleigh, NC 27619

Pathway Lending
201 Venture Cir.
Nashville, TN 37228

Pawnee Leasing Corp
3801 Automation Way, Ste. 207
Fort Collins, CO 80525

Phillip M. Fajgenbaum
Parker Poe Adams & Bernstein LLP
620 South Tryon Street, Suite 800
Charlotte, NC 28202

Phillips & Tsoulos Properties
P.O. Box 1379
Denver, NC 28037

PNC Bank
P.O. Box 747066
Pittsburgh, PA 15274

Pool Corp.
109 Northpark Blvd.
Covington, LA 70433

Power Distrib.
3700 Paragon Dr.
Columbus, OH 43228

Power Tool Co.
1709 Lamons Lane
Johnson City, TN 37604

R. Lee Robertson, Jr.
ROBERTSON & ASSOCIATES, P.A.
2730 East W.T. Harris Boulevard, Suite 1
Charlotte, NC 28213

Rainey Battery
1685 Connelly Springs Rd.
Lenoir, NC 28645

Rhino Ag.
1020 S. Sangamon Ave.
Gibson City, IL 60936

Robert G. McIntosh
THE McINTOSH LAW FIRM, P.C.
P.O. Box 2270
Davidson, NC 28036

Rocket Capital
1250 E. Hallandale Beach Blvd., Ste. 505
Hallandale, FL 33009

Rocket Capital
805 Las Cimas Parkway, Ste. 350
Austin, TX 78746

Rocket Capital NY LLC
313 Buckingham Rd.
Cedarhurst, NY 11516

Romanda, LLC
2251 Selwyn Ave., Unit 103
Charlotte, NC 28207

Rotary Corp.
801 W. Barnard St.
Glennville, GA 30427

Sani-a-Can
P.O. Box 306652
Nashville, TN 37230

Scott D. Fink
5990 WEST CREEK RD, SUITE 200
Independence, OH 44131

Sheffield
P.O. Box 580229
Charlotte, NC 28258

Site Concepts
PO Box 510057
Melbourne Beach, FL 32951

SiteOne Landscape Supply, LLC
2730 East W.T. Harris Blvd, Suite 101
Charlotte, NC 28213

South Fork Realty
100 W. Pine Street
Maiden, NC 28650

Stacey Cordes
1057 East Morehead Street, Suite 120
Charlotte, NC 28204

Stellantis
5757 Woodway Dr., Ste. 400
Houston, TX 77057

Stens
1919 Hospitality Dr.
Jasper, IN 47546

Sunbelt
P.O. Box 409211
Atlanta, GA 30384

Synchrony
P.O. Box 669802
Dallas, TX 75266

Toyota Financial
P.O. Box 22171
Tempe, AZ 85285

Tri County Farm Supply
4301 Old Lincolnton Dr.
Crouse, NC 28033

Truist
214 N. Tryon St., Ste. 3
Charlotte, NC 28202

Tyler Eakes
589 Elm Grove Rd.
Lincolnton, NC 28092

Uline
12575 Uline Dr.
Pleasant Prairie, WI 53158

Unifour Financial Services
828 13th St. Place SW
Hickory, NC 28602

United Bank
Loan Resolution Department
P.O. Box 670
Ripley, WV 25270

Universal Environmental
411 Dividend Dr.
Peachtree City, GA 30269

US Bank
P.O. Box 790408
Saint Louis, MO 63179

Wallace Farms
14410 Eastfield Rd.
Huntersville, NC 28078

Wallace Hardware
5050 S. Davy Crockett Pkw.
Morristown, TN 37813

Wells Fargo
420 Montgomery St.
San Francisco, CA 94104

Wells Fargo
421 Montgomery St.
San Francisco, CA 94104

Wells Fargo
5595 Trillium Blvd. 4th Floor
Hoffman Estates, IL 60192

Wex Fuel
P.O. Box 57748
Salt Lake City, UT 84157

YardCard TD Bank
P.O. Box 23072
Columbus, GA 31902