FILED & JUDGMENT ENTERED
Christine F. Ramsey

October 20 2026

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

Laura T Beyer
Laura T. Beyer
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **NATHAN EDWARD BEAN and** | ) | **Case No.: 26-40259** |
| **KRISTEN BROOKE BEAN,** | ) | |
| | ) | **Chapter 11** |
| **Debtors.** | ) | **Subchapter V** |
| | ) | |

**ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY**

Upon consideration of the Motion of United Bank for Relief from Automatic Stay or, in the Alternative, for Adequate Protection (the "Motion"), any response or objection thereto, the record in this case, and the arguments of counsel; and after due deliberation; and good cause having been shown and found; it is hereby:

ORDERED, that the Motion is **GRANTED**; and it is further

ORDERED, that the automatic stay of 11 U.S.C. § 362 is terminated to permit United Bank to exercise all rights and remedies under applicable nonbankruptcy law and under the Retail Installment Sale Contract dated August 19, 2022, executed by Nathan Edward Bean and

assigned to United Bank, in the original principal amount of $68,234.00 for the financed purchase of one (1) 2020 RAM 2500, VIN No. 3C6UR5JL0LG116786 (the "Vehicle"); and it is further

ORDERED, that the Debtors shall surrender the Vehicle, all keys, and all information reasonably necessary to locate and recover the Vehicle to United Bank or its designated agent within three (3) business days after entry of this Order, and shall not conceal, move, damage, transfer, or interfere with United Bank's recovery of the Vehicle; and it is further

ORDERED, that United Bank may apply the proceeds of any disposition of the Vehicle to the outstanding indebtedness, including principal, interest, late charges, attorneys' fees, and costs to the extent allowed by the Contract and applicable law; and it is further

ORDERED, that upon disposition of the Vehicle, United Bank shall provide an explanation of any surplus to the Bankruptcy Administrator, the Debtors' attorney, and the Debtors within fourteen (14) days and shall hold or remit any surplus as required by applicable law or further order of this Court; and it is further

ORDERED, that United Bank shall have 120 days after disposition of the Vehicle to file or amend any deficiency claim arising from disposition, unless the Court extends that period for good cause shown by motion filed before expiration of the period; and it is further

ORDERED, that the fourteen-day stay imposed by Rule 4001(a)(4) is waived, and this Order is effective immediately upon entry; and it is further

ORDERED, that the Court retains jurisdiction to enforce this Order.

**This Order has been signed electronically. The judge's signature and court's seal appear at the top of the Order.**

**United States Bankruptcy Court**